IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELYN M. PHILLIPS, | § | |
| Individually and as Next Friend of | § | |
| H.W., Minor Child | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14-cv-950 |
| | § | |
| SUPER SERVICE HOLDINGS, LLC | § | |
| d/b/a SUPER SERVICE LLC, and | § | |
| SHARLENA M. HARRIS | § | |
| | § | |
| Defendants | § | |

## MOTION REQUESTING A MINOR SETTLEMENT HEARING

The Guardian Ad Litem on behalf of H.W., Minor Child, hereby requests this court to set a Minor Settlement Hearing as the Parties have reached a settlement in this matter.

Respectfully submitted,

**THE COX PRADIA LAW FIRM, P.L.L.C.**

*/s/ Troy J. Pradia*
_____
TROY J. PRADIA
State Bar No. 24011945
Federal Bar No. 30260
1415 North Loop W., Suite 200
Houston, Texas 77008-1644
Telephone: (713) 739-0402
Facsimile:  (713) 752-2812
tjp@coxpradialaw.com

**GUARDIAN AD LITEM**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 26th day of July, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lynn S. Castagna
Stephen P. Bega
Castagna Scott LLP
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
*Counsel for Defendants*

Muhammad S. Aziz
Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz
800 Commerce
Houston, Texas 77002
*Counsel for Plaintiff*

> */s/ Troy J. Pradia*
> _____
> TROY J. PRADIA

\