## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELYN M. PHILLIPS, Individually and as Next Friend of H.W., Minor Child | § § § § | |
| Plaintiff | § § | |
| VS. | § § | **CIVIL ACTION NO. 4:14-cv-950** |
| SUPER SERVICE HOLDINGS, LLC d/b/a SUPER SERVICE LLC, and SHARLENA M. HARRIS | § § § § § | |
| Defendants | § | |

## ORDER SETTING MINOR SETTLEMENT HEARING

PLEASE TAKE NOTICE that a Minor Settlement Hearing is set on the _____ day of _____, 2017 beginning at _____ a.m./ p.m.

SIGNED on this \_\_\_\_ day of _____, 2017.

_____
JUDGE PRESIDING