Case 4:14-cv-00950   Document 42   Filed on 08/03/17 in TXSD   Page 1 of 1
Case 4:14-cv-00950   Document 41-1   Filed in TXSD on 07/26/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELYN M. PHILLIPS, Individually and as Next Friend of H.W., Minor Child | § § § § | |
| Plaintiff | § § | |
| VS. | § | CIVIL ACTION NO. 4:14-cv-950 |
| SUPER SERVICE HOLDINGS, LLC d/b/a SUPER SERVICE LLC, and SHARLENA M. HARRIS | § § § § § | |
| Defendants | § § | |

## ORDER SETTING MINOR SETTLEMENT HEARING

PLEASE TAKE NOTICE that a Minor Settlement Hearing is set on the __16th__ day of __August__, 2017 beginning at __10:00__ a.m./~~p.m.~~

SIGNED on this __3rd__ day of __August__, 2017.

_____
JUDGE PRESIDING